IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO STEINER and PEGGY LOPEZ,

    Plaintiffs,

  vs.                                      No. CIV S-08-0599 GEB GGH PS

PAULA KRAMER, et al.,

    Defendants.                  ORDER

_____/

        Defendant Korock's motion to dismiss presently is calendared for hearing on October 23, 2008. Plaintiffs have not filed an opposition to this motion. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 23, 2008 hearing on defendant Korock's motion to dismiss, filed September 12, 2008, is vacated.

\\\\\

\\\\\

1

2. Defendant Korock's motion is submitted on the record.

3. Plaintiffs have opposed the County Defendants' motion, and that motion will be heard as scheduled on October 23, 2008.

DATED: 10/22/08              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Steiner0599.sbm.wpd