IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO STEINER and PEGGY LOPEZ,

        Plaintiffs,

    vs.                        No. CIV S-08-0599 GEB GGH PS

PAULA KRAMER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiffs have filed a document entitled "motion for leave to withdraw claims," and requests that all claims against all defendants be withdrawn.[1]  The court construes this document as a request that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court within ten days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiffs' request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: January 12, 2009

                            /s/ Gregory G. Hollows
                          _____
                          GREGORY G. HOLLOWS,
                          UNITED STATES MAGISTRATE JUDGE

GGH:076 - Steiner0599.59a.wpd

_____

    [1]  The document was signed only by plaintiff Lopez.

1

PDF created with pdfFactory trial version www.pdffactory.com