1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEO STEINER and PEGGY LOPEZ,

11            Plaintiffs,

12        vs.                              No. CIV S-08-0599 GEB GGH PS

13   PAULA KRAMER, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16            On December 19, 2008, plaintiffs filed a document entitled "motion for leave to

17   withdraw claims," requesting that all claims against all defendants be withdrawn.[1]  The court

18   construed this document as a request that this action be dismissed, and directed defendants to file

19   any objections.  On January 14, 2009, defendants County of San Joaquin, Sparks, O'Keefe,

20   Bathe, Gamino, Dacey, Hughes, Johnson, Zia, and Schwarzenberg filed a statement of no

21   opposition to the voluntary dismissal.  On January 20, 2009, defendant Korock filed a response,

22   stating that he had no opposition to a dismissal with prejudice; however, if the dismissal was to

23   be without prejudice, Korock objected to such a dismissal and requested instead that his

24   submitted motion to dismiss be decided, or in the alternative that he be awarded fees and costs

25   _____

26        [1]  The document was signed only by plaintiff Lopez.

1

1  incurred in defending this action.[2]

2      A voluntary dismissal, unless stated otherwise, is without prejudice.  Fed. R. Civ.

3  P. 41(a).  "Defendant[] should only be awarded attorney fees for work which cannot be used in

4  any future litigation of these claims."  Westlands Water District v. United States, 100 F.3d 94, 97

5  (9th Cir. 1996), *citing* Koch v. Hankins, 8 F.3d 650, 652 (9th Cir. 1993).  Since the work for which

6  Korock seeks fees and costs, preparation of his motion to dismiss, may be used in a future

7  litigation by plaintiffs on these claims, he will not be awarded fees and costs.  Furthermore, as

8  this case was proceeding in forma pauperis, Korock was not required to defend the action until he

9  had been served with the summons and complaint by the United States Marshal, and service had

10  not yet been ordered.

11      Accordingly, IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a),

12  the action is dismissed without prejudice.  Accordingly, the Clerk of Court shall close this case.

13  DATED: February 17, 2009

/s/ Gregory G. Hollows

14

15                                     GREGORY G. HOLLOWS,
                                       UNITED STATES MAGISTRATE JUDGE
16  GGH:076 - Steiner0599.59.wpd

17

18

19

20

21

22

23

24

25
_____

26   [2]  Other named defendants did not respond to the order.  The docket does not reflect that any of the defendants were served in the first instance.  Defendant Kramer filed an answer.